# *United States District Court*
## *Northern District of New York*

## JUDGMENT IN A CIVIL CASE

KATHLEEN BRENNAN,

      Plaintiff,

      V.             **CASE NUMBER: 1:00-cv-1985**

ALBANY COUNTY; ALBANY
DEPARTMENT OF SOCIAL SERVICES;
SAL GIMONDO,

      Defendants,

[ ]      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendants in accordance with the Memorandum Decision and Order of Senior U.S. District Court Judge Howard G. Munson filed on September 30, 2005.

September 30, 2005                    *LAWRENCE K. BAERMAN*
_____      _____
DATE                                        CLERK

Docketed 9/30/05                        _____s/ alh_____
                                                (BY) DEPUTY CLERK